| | |
|---|---|
| 1 | LAW OFFICES OF ROBERT BYERS |
| 2 | Robert Byers (California State Bar No. 159871) |
|   | 420 3rd Street, Suite #250 |
| 3 | Oakland, California 94607 |
|   | Telephone:  (510) 465-4000 |
| 4 | Email:       robertbyers@bayareajustice.com |
| 5 | Attorney for Norberto Hernandez |

**FILED**

Apr 26 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4:21-mj-70377-MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RESETTING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND RULE 5.1 |
| v. | |
| NORBERTO HERNANDEZ, | |
| Defendant. | Hearing Date:   April 26, 2021 |
|  | Hearing Time:   1:00 p.m. |

The parties jointly request the Court reset the status conference regarding preliminary hearing or arraignment from April 27, 2021 to May 25, 2021 at 1:00 p.m.  The government has produced discovery, and defense counsel needs additional time to review the discovery with Mr. Hernandez. As a result, the parties request the Court exclude time under Federal Rule of Criminal Procedure 5.1(c) and (d) and the Speedy Trial Act, 18 U.S.C. § 3161, between April 27, 2021 and May 25, 2021 to allow for effective preparation of counsel taking into account the exercise of due diligence.

//
//
//
//
//
//

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   | IT IS SO STIPULATED. |
| 3 |   |   |
| 4 | Dated:   April 26, 2021 | LAW OFFICES OF ROBERT BYERS |
| 5 |   | */s/ Robert D. Byers* |
| 6 |   | ROBERT D. BYERS<br>Attorney for Mr. Hernandez |
| 7 |   |   |
| 8 | Dated:   April 26, 2021 | STEPHANIE M. HINDS<br>Acting United States Attorney |
| 9 |   | Northern District of California |
| 10 |   | */s/ Benjamin K Kleinman* |
| 11 |   | BENJAMIN K. KLEINMAN<br>Special Assistant United States Attorney |

STIPULATION AND [PROPOSED] ORDER RESETTING STATUS HEARING
*United States v. Norberto Hernandez*, 4:21-mj-70377-MAG

# [~~PROPOSED~~] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1. The defendant and defense counsel need additional time to discuss the case and the evidence.

2. These tasks are necessary for the defense preparation of the case, and the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

3. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Based on these findings, it is hereby ordered that the status hearing date of April 27, 2021, scheduled at 1:00 p.m. is vacated and reset for May 25, 2021 at 1:00 p.m.  It is further ordered that time is excluded pursuant to Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from April 27, 2021 through May 25, 2021.

DATED: April 26, 2021

_____
HONORABLE ROBERT M. ILLMAN
United States Magistrate Judge

**IT IS SO ORDERED.**