1  LAW OFFICES OF ROBERT BYERS
   Robert Byers (California State Bar No. 159871)
2  420 3rd Street, Suite #250
   Oakland, California 94607
3  Telephone:   (510) 465-4000
   Email:       robertbyers@bayareajustice.com
4
5  Attorney for Norberto Hernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NORBERTO HERNANDEZ,<br><br>Defendant. | **Case No.:** 4:21-mj-70377-MAG<br><br>**STIPULATION AND ORDER RESETTING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND RULE 5.1**<br><br>**Hearing Date:**   May 25, 2021<br>**Hearing Time:**   1:00 p.m. |

The parties jointly request the Court reset the status conference regarding preliminary hearing or arraignment from May 25, 2021 to June 21, 2021 at 1:00 p.m.  The government has produced discovery, and defense counsel needs additional time to review the discovery with Mr. Hernandez. As a result, the parties request the Court exclude time under Federal Rule of Criminal Procedure 5.1(c) and (d) and the Speedy Trial Act, 18 U.S.C. § 3161, between May 25, 2021 and June 21, 2021 to allow for effective preparation of counsel taking into account the exercise of due diligence.

//

//

//

//

//

//

|   |   |   |   |
|---|---|---|---|
| | | | IT IS SO STIPULATED. |

Dated:     May 24, 2021            LAW OFFICES OF ROBERT BYERS

*/s/ Robert D. Byers*
ROBERT D. BYERS
Attorney for Mr. Hernandez

Dated:     May 24, 2021            STEPHANIE M. HINDS
Acting United States Attorney
Northern District of California

*/s/ Benjamin K Kleinman*
BENJAMIN K. KLEINMAN
Special Assistant United States Attorney

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1. The defendant and defense counsel need additional time to discuss the case and the evidence.

2. These tasks are necessary for the defense preparation of the case, and the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

3. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Based on these findings, it is hereby ordered that the status hearing date of May 25, 2021, scheduled at 1:00 p.m. is vacated and reset for June 21, 2021 at 1:00 p.m. It is further ordered that time is excluded pursuant to Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from May 25, 2021 through June 21, 2021.

DATED: May 25, 2021

_____
HONORABLE KANDIS A. WESTMORE
United States



**IT IS SO ORDERED.**

ORDER RESETTING STATUS HEARING *United States v. Norberto Hernandez*, 4:21-mj-70377-MAG

1